FILED: June 10, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4255

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

JAVAID PERWAIZ,

Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed June 10, 2024, as follows:

On the cover page, the sentence "Chief Judge Diaz wrote the opinion, in which

Judge Niemeyer and Judge Richardson joined" is added after the disposition line.

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk